LIGON, REMBERT & Co., *Plaintiffs in Error,* v. T. J. SWEARINGEN, *Defendant in Error.*

Writ of Error to Circuit Court for Alachua County; J. T. Wills, Judge.

Opinion Filed February 3, 1914.

PER CURIAM.—This cause having been submitted to the court upon this transcript of thhe record, briefs and oral arguments of counsel for the respective parties, and the court having fully considered the same and finding no reversible error, it is considered, ordered and adjudged by the court that the judgment of the Circuit Court to which the writ of error was taken, be and the same is hereby affirmed at the cost of the plaintiffs in error.

*E. G. Baxter* and *W. S. Broome,* for Plaintiffs in Error;

*Hampton & Hampton,* for Defendant in Error.